UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0317 WHA |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME UNDER 18** |
| MIGUEL ANGEL PEREZ RODRIGUEZ, ) | **U.S.C. § 3161** |
| Defendant. ) | |

On June 21, 2011, the parties in this case appeared before the Court. At that time, the Court continued the matter to July 5, 2011. The parties have agreed to exclude the period of time between June 21, 2011, and July 5, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

///

///

///

18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

DATED: June 28, 2011           _____/s/_____
                                    LOWELL C. POWELL
                                    Special Assistant United States Attorney

DATED: June 28, 2011           _____/s/_____
                                    RITA BOSWORTH
                                    Attorney for MIGUEL ANGEL PEREZ RODRIGUEZ

**[PROPOSED] ORDER**

For the reasons stated above and at the June 21, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 21, 2011 through July 5, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 29, 2011.

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0317 WHA